JANUARY 7, 1960.

No. 576, Misc. JONES v. CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Arlo E.*

*Smith* and *John S. McInerny,* Deputy Attorneys General, for respondent.